File No: 054021.000018

**Venue:** United States District Court, Western District of Texas

| | |
|---|---|
| IGT, ET AL.<br><br>    Plaintiff<br>vs.<br><br>ZYNGA INC.<br>    Defendant | **AFFIDAVIT OF SERVICE**<br><br>**DOCKET NO.: 6:21-CV-00331-ADA** |

**Person to be served:**
ZYNGA INC. Attn: Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808-1674

**Attorney:**
Baker Law
Cira Centre 2929 Arch Street 12th Floor
Philadelphia, PA 19104-2891

**Papers Served:**
Summons & Complaint with exhibits

**Service Data:**
Served Successfully: ☑    Not Served: ☐    Date: 4/12/2021   Time: 2:16 PM   Attempts: 1

☐ Delivered copy to him/her personally.

☐ Left a copy with a competent household member 14 years of age or older residing therein (indicate name and relationship at right)

☑ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name and relationship at right)

**Name of Person Served and relationship / title:**
John Doe - Security Guard

**Actual Place of Service:**
251 Little Falls Dr
Wilmington, DE 19808-1674

**Description of Person Accepting Service:**
Sex: Male | Age: 35 | Height: 6'1" | Weight: 175 | Hair: Bald | Race/Skin Color: African American  Eyes: Brown

**Comments or Remarks:**

**Server Data:**
Subscribed and sworn to before me, by the affiant who is personally known to me on this date of  04/13/2021

[Notary seal: PARKER K, MY COMMISSION EXPIRES 12-31-2022, STATE OF DELAWARE, NOTARY PUBLIC]

I, Mark Hagood, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Mark Hagood
Date: 04/13/2021

M&S Process Servers, LLC, PO Box 351, Moorestown, NJ 08057  (856) 291-0940
www.msprocess.net
REF: 054021.000018  WO: P137367